**23-12878**

---

**United States Court of Appeals**
**FOR THE ELEVENTH CIRCUIT**

---

DR. LESLEY WILLIAMS

*Plaintiff-Appellant*

v.

BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, et al.,

*Defendants-Appellees.*

---

On Appeal from the United States District Court
For the Southern District of Georgia
No. 1:20-cv-00100

---

**MOTION TO CORRECT STATEMENT AT ORAL ARGUMENT**

---

/s/ Tanya D. Jeffords
TANYA D. JEFFORDS
Georgia Bar No.: 390055
Law Offices of Tanya D. Jeffords and Associates, PC
437 Walker Street
Augusta, GA 30901
Tjeffords@jeffordslaw.com
706-722-3019
Counsel for Appellant

**23-12878**

---

**United States Court of Appeals**
**FOR THE ELEVENTH CIRCUIT**

---

DR. LESLEY WILLIAMS

*Plaintiff-Appellant*

v.

BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, et al.,

*Defendants-Appellees.*

---

On Appeal from the United States District Court
For the Southern District of Georgia

---

## APPELLANT'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to 11th Circuit Rule 26.1-1, the following are all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal that are known to Appellant:

1. Arthur, Dr. Mary – Defendant-Appellee
2. Attorney General for the State of Georgia – Counsel Defendant-Appellees Board of Regents of the University System of Georgia, Dr. Mary Arthur, Augusta University, Dr. Brooks Keel, Medical College of Georgia, and Dr. Steffen Meiler
3. Augusta University

**23-12878**

**United States Court of Appeals**
**FOR THE ELEVENTH CIRCUIT**

DR. LESLEY WILLIAMS

*Plaintiff-Appellant*

v.

BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, et al.,

*Defendants-Appellees.*

**APPELLANT'S CERTIFICATE OF INTERESTED PERSONS (Continued)**

4. Augusta University Health System – Defendant-Appellee
5. Augusta University Hospital
6. Augusta University Medical Center – Defendant-Appellee
7. Board of Regents of the State of Georgia – Defendant-Appellee
8. Carr, Christopher Michael – Office of Attorney General, Counsel Defendant-Appellees, Board of Regents of the University System of Georgia, Dr. Mary Arthur, Augusta University, Dr. Brooks Keel, Medical College of Georgia, and Dr. Steffen Meiler
9. Cathey, Thomas L. – Hull Barrett, PC, Former Counsel Defendant-Appellees Board of Regents of the University System of Georgia, Dr. Mary Arthur, Augusta University, Dr. Brooks Keel, Medical College of Georgia, and Dr. Steffen Meiler

**23-12878**

**United States Court of Appeals**
**FOR THE ELEVENTH CIRCUIT**

DR. LESLEY WILLIAMS

*Plaintiff-Appellant*

v.

BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, et al.,

*Defendants-Appellees.*

**APPELLANT'S CERTIFICATE OF INTERESTED PERSONS (Continued)**

10. Cook & Tolley, LLP – Counsel Defendant-Appellees Board of Regents of the University System of Georgia, Dr. Mary Arthur, Augusta University, Dr. Brooks Keel, Medical College of Georgia, and Dr. Steffen Meiler
11. Coule, Dr. Phillip – Defendant-Appellee
12. Coward, Elliott, Morris, Manning, & Martin, LLP – Counsel for Defendant-Appellees Augusta University Health System, Augusta University Hospital, Augusta University Medical Center, and Dr. Phillip Coule
13. Devin Hartness Smith, Cook & Tolley, LLP – Counsel Defendant-Appellees Board of Regents of the University System of Georgia, Dr. Mary Arthur, Augusta University, Dr. Brooks Keel, Medical College of Georgia, and Dr. Steffen Meiler.
14. Epps, Hon. Brian K. – District Court Judge

**23-12878**

**United States Court of Appeals**
**FOR THE ELEVENTH CIRCUIT**

DR. LESLEY WILLIAMS

*Plaintiff-Appellant*

v.

BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, et al.,

*Defendants-Appellees.*

**APPELLANT'S CERTIFICATE OF INTERESTED PERSONS (Continued)**

15. Hall, Hon. Randal J. – District Court Judge
16. Hull Barrett, PC – Counsel Defendant-Appellees Board of Regents of the University System of Georgia, Dr. Mary Arthur, Augusta University, Dr. Brooks Keel, Medical College of Georgia, and Dr. Steffen Meiler.
17. Jeffords, Tanya D., The Law Offices of Tanya D. Jeffords and Associates, PC – Counsel for Plaintiff-Appellant Dr. Lesley Williams
18. Keel, Dr. Brooks – Defendant-Appellee
19. Medical College of Georgia
20. Meiler, Dr. Steffen – Defendant-Appellee
21. Health System, Augusta University Hospital, Augusta University Medical Center, and Dr. Phillip Coule

**23-12878**

**United States Court of Appeals**
**FOR THE ELEVENTH CIRCUIT**

DR. LESLEY WILLIAMS

*Plaintiff-Appellant*

v.

BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, et al.,

*Defendants-Appellees.*

**APPELLANT'S CERTIFICATE OF INTERESTED PERSONS (Continued)**

22. Ratley, Kenneth Shavar, The Law Offices of Tanya D. Jeffords and Associates, PC – Counsel for Plaintiff-Appellant Dr. Lesley Williams
23. State of Georgia
24. Stoff, Katherine Powers – Office of Attorney General, Counsel Defendant-Appellees, Board of Regents of the University System of Georgia, Dr. Mary Arthur, Augusta University, Dr. Brooks Keel, Medical College of Georgia, and Dr. Steffen Meiler
25. The Law Offices of Tanya D. Jeffords and Associates, PC – Counsel for Plaintiff-Appellant Dr. Lesley Williams
26. Threlkeld, Robert Charles, Morris, Manning, & Martin, LLP – Counsel for Defendant-Appellees Augusta University Health System, Augusta University Hospital, Augusta University Medical Center, and Dr. Phillip Coule

**23-12878**

**United States Court of Appeals**
**FOR THE ELEVENTH CIRCUIT**

DR. LESLEY WILLIAMS

*Plaintiff-Appellant*

v.

BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, et al.,

*Defendants-Appellees.*

**APPELLANT'S CERTIFICATE OF INTERESTED PERSONS (Continued)**

27. Webb, Bryan K., Office of Attorney General – Counsel Defendant-Appellees, Board of Regents of the University System of Georgia, Dr. Mary Arthur, Augusta University, Dr. Brooks Keel, Medical College of Georgia, and Dr. Steffen Meiler
28. Williams, Dr. Lesley M. – Plaintiff-Appellant
29. Wright, Hon. Ashley – State of Georgia Superior Court Judge

Respectfully submitted this 7th day of December, 2023.

/s/ Tanya D. Jeffords
TANYA D. JEFFORDS
Georgia Bar No.: 390055
Law Offices of Tanya D. Jeffords and Associates, PC
437 Walker Street
Augusta, GA 30901
Tjeffords@jeffordslaw.com
706-722-3019

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

DR. LESLEY WILLIAMS

*Plaintiff-Appellant,*

v.

BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, et al.,

*Defendants-Appellees.*

APPEAL NO. **23-12878**

**MOTION TO CORRECT STATEMENT AT ORAL ARGUMENT**

Pursuant to Federal Rule Appellate Procedure 27, Appellant, Dr. Leslie Williams, respectfully files this motion to correct a misstatement made by counsel during oral argument on December 19, 2024. This motion seeks to ensure the accuracy of the record. In support of this motion, Appellant shows the Court as follows:

During oral argument, appellee's counsel stated, "Meiler did not say that the number one reason she was terminated was because of the complaint that she filed. He did not say that. That's not an accurate characterization. It's not a quote, and it's an inaccurate paraphrasing." (Oral Argument at 19:31.) Appellant's counsel inadvertently misstated the exact contents of an audio recording that is part of the record on appeal. Specifically, at approximately [05:10] of the oral argument,

appellant's counsel stated, "Arthur, says on that tape, the number one reason that we're here is because you reported us to the ACGME and the GME office."

Counsel inadvertently combined statements made by Dr. Arthur and Dr. Meiler during the same conversation and attributed the entire statement to Dr. Arthur. In her briefs, Appellant has consistently quoted accurately the statements made by both Dr. Arthur and Dr. Meiler and did not intend to misstate the facts or mislead the Court at oral argument. Regarding the June 5, 2019 meeting where Dr. Arthur and Dr. Meiler delivered to Appellant her suspension letter and termination letter, on pages 16-17 of Appellant's Surreply to Appellees Motion for Summary Judgment (Doc. 150), the record shows that Appellant stated the following:

> Regarding the FFDTs and case logs, Dr. Arthur stated, "you were combative along the way, you pointed fingers at us for everything we tried to do . . . you accused us of having you taking care of patients and not giving credit for it." (Recording - Doc. 112-22 at 11:26).
>
> Regarding the FFDTs, Dr. Meiler stated, "The testing was to make sure that we understood your status, where you were in your recovery . . . these were not actions to hurt you . . . but your attitude that was your interpretation and you were fighting us every step of the way. **That was number one**; you need to look at that." (Recording - Doc. 112-22 at 14:51, emphasis added).
>
> Dr. Arthur went on to state: "I can give you another example. You sat in this room, and we talked about observership, and we sat in this room, and we talked about correcting the case logs. **You agreed, and the next thing I knew is you filed a complaint against us to the ACGME and were in the GME office, so you tell me**

> **where is the trust in this** . . . you know, when we talk to our residents we talk to them in good faith and **this is not a law firm, we don't cross our T's and dot our I's** . . . when things like that happen you cannot fault the faculty if they come back and say I was doing things in good faith what if she comes back and tells me that this happened or this never happened . . . Like I said, it's not an individual decision. This was all the faculty's decision, and we are just the face . . . I really hope, Lesley, that you can learn from this and just not continue to point fingers . . ." (Recording Doc. 112-22 at 17:38).

Appellant's counsel respectfully requests that the Court permit this correction to the record of oral argument to ensure that the factual record accurately reflects the evidence presented in this case. This correction is necessary to avoid any misunderstanding or misinterpretation of the statements at issue. Appellant's counsel regrets the error and appreciates the Court's and opposing counsel's understanding in this matter.

Therefore, Appellant respectfully requests that this Motion to Correct Statement at Oral Argument be granted and that the Court acknowledge this correction in its consideration of the case.

Respectfully submitted this 27th day of December, 2024.

/s/ Tanya D. Jeffords
TANYA D. JEFFORDS
Georgia Bar No.: 390055
Law Offices of Tanya D. Jeffords and Associates, PC

437 Walker Street
Augusta, GA 30901
Tjeffords@jeffordslaw.com
706-722-3019
Counsel for Appellant

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

I certify that that motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 734 words according to Microsoft Word's word count, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

/s/ Tanya D. Jeffords
TANYA D. JEFFORDS
Attorney for Appellant

**CERTIFICATE OF SERVICE**

I certify that on this December 27, 2024, the above motion was filed using the Court's Electronic Case Filing system, which will send notification to, Devin Hartness Smith, attorney for remaining Appellees.

/s/ Tanya D. Jeffords
TANYA D. JEFFORDS
Attorney for Appellant