In the

# United States Court of Appeals

## For the Eleventh Circuit

No. 23-12878

DR. LESLEY WILLIAMS,

*Plaintiff-Appellant,*

*versus*

BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA,

DR. BROOKS KEEL,
in his individual capacity,

DR. STEFFEN MEILER,
in his individual capacity,

DR. MARY ARTHUR,
in her individual capacity, et al.,

*Defendants-Appellees,*

DR. WALTER MOORE,
in his individual capacity, et al.,

*Defendants.*

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 1:20-cv-00100-JRH-BKE

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: September 4, 2026

For the Court: DAVID J. SMITH, Clerk of Court